JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
FRANCESCA M. LANPHER, Bar No. 299318
flanpher@littler.com
BLAIR C. SENESI, Bar No. 313580
bsenesi@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY OFFICE OF THE DISTRICT ATTORNEY and DIANA BECTON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY ELIZABETH KNOX; RACHEL PIERSIG; ALISON CHANDLER; MARY BLUMBERG; JILL HENDERSON<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF CONTRA COSTA; THE CONTRA COSTA COUNTY DISTRICT ATTORNEY'S OFFICE; DISTRICT ATTORNEY DIANA BECTON, in her official capacity and in her individual capacity; and does 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-01449-JCS<br><br>**NOTICE OF APPEARANCE OF BLAIR SENESI AS COUNSEL FOR DEFENDANTS COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY OFFICE OF THE DISTRICT ATTORNEY, AND DIANA BECTON**<br><br>Complaint Filed: February 26, 2020 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Blair Senesi of the Law Firm of Littler Mendelson, P.C., 333 Bush Street, 34th Floor, San Francisco, California 94104; telephone (415) 433-1940, hereby enters her appearance as one of the attorneys of record for Defendants County of Contra Costa, Contra Costa County Office of the District Attorney, and Diana Becton in the above-captioned matter. The filing of this form constitutes the first appearance in this case of the attorney listed above. Please send copies of all future pleadings and correspondence and all communications to and from the Court concerning this matter to the undersigned at 333 Bush Street, 34th Floor, San Francisco, California 94104 or e-mail address bsenesi@littler.com.

DATED: January 21, 2021

/s/ Blair C. Senesi
JOHN C. FISH, Jr.
FRANCESCA M. LANPHER
BLAIR C. SENESI
LITTLER MENDELSON, P.C.

Attorneys for Defendants
COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY OFFICE OF
THE DISTRICT ATTORNEY and DIANA
BECTON

4830-0205-7432.1 075478.1004
1/20/21

NOTICE OF APPEARANCE OF BLAIR SENESI AS COUNSEL FOR DEFENDANTS

Case No. 3:20-CV-01449-JCS