JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
FRANCESCA M. LANPHER, Bar No. 299318
flanpher@littler.com
BLAIR C. SENESI, Bar No. 313580
bsenesi@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
COUNTY OF CONTRA COSTA, CONTRA
COSTA COUNTY OFFICE OF THE DISTRICT
ATTORNEY and DIANA BECTON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY ELIZABETH KNOX; RACHEL PIERSIG; ALISON CHANDLER; MARY BLUMBERG; JILL HENDERSON<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF CONTRA COSTA; THE CONTRA COSTA COUNTY DISTRICT ATTORNEY'S OFFICE; DISTRICT ATTORNEY DIANA BECTON, in her official capacity and in her individual capacity; and does 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-01449-JCS<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF SARAH BOXER**<br><br>Complaint Filed: February 26, 2020 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

DEFENDANTS' NOTICE OF WITHDRAWAL
OF SARAH BOXER

Case No. 3:20-CV-01449-JCS

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the appearance of attorney Sarah R. Boxer (Bar No. 322393) is hereby withdrawn as counsel of record for Defendants County of Contra Costa, Contra Costa County Office of the District Attorney, and Diana Becton in this matter, and should be removed from the service list. All other attorneys at Littler Mendelson, P.C. who are currently listed as counsel of record shall remain counsel of record and should not be removed from the service list.

DATED: January 21, 2021

/s/ Blair C. Senesi
JOHN C. FISH, Jr.
FRANCESCA M. LANPHER
BLAIR C. SENESI
LITTLER MENDELSON, P.C.

Attorneys for Defendants
COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY OFFICE OF
THE DISTRICT ATTORNEY and DIANA
BECTON

4834-8944-8664.1 075478.1004
1/20/21

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

DEFENDANTS' NOTICE OF WITHDRAWAL
OF SARAH BOXER

Case No. 3:20-CV-01449-JCS