SARAH R. NICHOLS, Bar No. 233099
sarah@nicholslawyer.com
NICHOLS LAW, P.C.
75 Broadway, Ste. 202
San Francisco, CA 94111
Telephone:   415.710.9116
Facsimile:   415.276.1999

DAVID S. RATNER, Bar No. 316267
david@ratnermolineaux.com
SHELLEY A. MOLINEAUX, Bar No. 277884
shelley@ratnermolineaux.com
RATNER MOLINEAUX, LLP
1990 N. California Blvd., Ste. 20
Walnut Creek, California 94596
Telephone:   925.239.0899
Facsimile:   925.891.3818

Attorneys for Plaintiffs
MARY ELIZABETH KNOX; RACHEL PIERSIG;
ALISON CHANDLER; MARY BLUMBERG; JILL
HENDERSON

(*continued on following page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY ELIZABETH KNOX; RACHEL PIERSIG; ALISON CHANDLER; MARY BLUMBERG; JILL HENDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF CONTRA COSTA et al.,<br><br>Defendants. | Case No.  3:20-cv-01449-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:        May 28, 2021<br>Time:        2:00 p.m.<br>Judge:       Hon. Joseph C. Spero<br>Courtroom:   F, 15th Floor (Via Zoom) |

JOINT CASE MANAGEMENT STATEMENT
(No. 3:20-cv 01449-JCS)

1.

1 | (*continued from preceding page*)

2

3 | JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
4 | BLAIR SENESI, Bar No. 313580
bsenesi@littler.com
5 | LITTLER MENDELSON, P.C.
333 Bush Street
6 | 34th Floor
San Francisco, California  94104
7 | Telephone:  415.433.1940
Facsimile:  415.399.8490

8 | Attorneys for Defendants
COUNTY OF CONTRA COSTA and
9 | CONTRA COSTA COUNTY OFFICE
OF THE DISTRICT ATTORNEY

The Parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT pursuant to Federal Rules of Civil Procedure 26(f) and 16(b), Civil Local Rule 16-9, the Standing Order for All Judges of the Northern District of California dated November 1, 2018, and the Clerk's Notice dated April 19, 2021.  (Dkt. No. 46).

**I.   JURISDICTION AND SERVICE**

Plaintiffs filed their Complaint on February 26, 2020.  The Court has Federal Question jurisdiction.

Plaintiffs requested a continuance of the Initial Case Management Conference scheduled for May 29, 2020, in order to amend their Complaint.  The Court granted Plaintiffs' request and rescheduled the Initial Case Management Conference for August 28, 2020.

Plaintiffs filed their First Amended Complaint on August 14, 2020, adding Plaintiff Jill Henderson's claims, and Plaintiffs requested another continuance of the Initial Case Management Conference.  The Court granted Plaintiffs' request and rescheduled the Initial Case Management Conference for December 4, 2020.

Plaintiffs served a waiver of service of process pursuant to Federal Rule of Civil Procedure 4(d) on August 20, 2020.

Defendants returned the executed waiver of service of process on September 17, 2020, and filed their Motion to Dismiss on October 19, 2020.

The Court moved both the Initial Case Management Conference and the hearing on the Motion to Dismiss to January 29, 2021, at 9:30 a.m.

On March 5, 2021the Plaintiffs filed a Joint Stipulation on behalf of the Parties requesting the Court extend the Initial Case Management Conference to April 23, 2021. The Parties agreed Plaintiffs' would file an amended complaint on or before March 22, 2021 and Defendants response would be due 30 days from service.

On March 8, 2021, Judge Spero signed the order continuing the Initial Case Management Conference to April 23, 2021 and ordered Plaintiffs' amended complaint filed by March 22, 2021. Defendants' response is due 30 days thereafter.

On March 22, 2021, Plaintiffs filed their second amended complaint.

On April 21, 2021, Defendants filed a motion to dismiss Plaintiffs' second amended complaint.

On May 20, 2021, the Court issued its Order Granting in Part and Denying in Part Motion to Dismiss Second Amended Complaint.

Defendants are in the process of preparing an Answer and request until June 17, 2021, to file as the Second Amended Complaint is 120 pages.

## II. FACTS

**Plaintiffs' Facts:**

While Diana Becton's prior trailblazing work as a judge and as a Contra Costa County District Attorney is nice, she still discriminated against Plaintiffs as a result of their gender, and in some cases, their age. She discriminated against them by demoting them, giving coveted roles and positions to younger, less capable males, banishing the Plaintiffs to less favorable office locations, removing them from committees and trainings, and engaging in other activities all with the purpose of erasing Plaintiffs and their contributions to the District Attorney's Office. Whatever she did prior to becoming District Attorney, while impressive, is entirely irrelevant to this case.

As the complaint explains in great detail, each of the Plaintiffs are accomplished prosecutors who have devoted most, if not the entirety, of their careers to the service of Contra Costa County as deputy district attorneys. The Contra Costa District Attorney's office has a long and pervasive history of gender discrimination. Unfortunately, Diana Becton has not only failed to change that history, but she has in fact made it worse. While Defendants may want to focus on the barriers that Diana Becton personally overcame, this case is about her failure to treat the women in her office, especially women over 40, fairly and equally when compared to their younger, male counterparts.

**Defendants' Facts:**

In June 2018, Diana Becton became the first woman—and first African-American—ever elected Contra Costa County District Attorney in the 150-plus years of the office.

Prior to becoming District Attorney, Ms. Becton also blazed new trails as a Contra Costa County Superior Court judge for 22 years.


LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT CASE MANAGEMENT STATEMENT
(No. 3:20-cv-01449-JCS)    4.

Plaintiffs are all experienced Deputy District Attorneys continuing to perform important roles for the office and the community. While they may hold their own personal views on how they would manage themselves and the office, they have not been discriminated against in any way.

### III. LEGAL ISSUES

**Key Legal Issues:**

1. Whether Defendants discriminated against Plaintiffs on account of their gender and age and retaliated against Plaintiffs for their protected activity.

### IV. MOTIONS

Defendants foresee filing a motion for summary judgment and/or partial summary judgment and, possibly, for separate trials.

### V. AMENDMENT OF PLEADINGS

Plaintiffs filed a Second Amended Complaint on March 22, 2021. At this time Plaintiffs have no intention of amending their pleading.

### VI. EVIDENCE PRESERVATION

The Parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines") and confirm that they have met and conferred pursuant to Fed. R. Civ. P. 26(f). The Parties will take all reasonable steps to preserve evidence potentially relevant to this matter and will continue to comply with their preservation obligations.

### VII. DISCLOSURES

This case is subject to General Order No. 71. The Parties have done an exchange of documents and information per General Order 71.

### VIII. DISCOVERY

The Parties have exchanged documents and information per General Order 71. The Parties do not presently propose any changes in the limitations on discovery imposed under the Federal Rules of Civil Procedure or by Local Rule, without prejudice to any party's right to seek such changes later either by stipulation or court order.

Defendants served deposition notices for each named Plaintiff in March 2021. Plaintiffs' counsel responded that none of the Plaintiffs were available and did not provide any alternative dates.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT CASE MANAGEMENT STATEMENT
(No. 3:20-cv-01449-JCS)     5.

Defendants intend to proceed with the depositions and will work with Plaintiffs and their counsel to find available dates.

## IX. CLASS ACTIONS

This is not a class action case.

## X. RELATED CASES

On July 18, 2019, Plaintiff Mary Elizabeth Knox filed a claim before the Contra Costa County Merit Board alleging unlawful political activity retaliation. The Contra Costa County Merit Board referred the matter to the Office of Administrative Hearings for an evidentiary hearing, OAH Case No. 2019100883. The recommendation by the Administrative Law Judge to the Merit Board was that the evidence failed to establish Ms. Knox's claim for political activity retaliation.

On March 23, 2021 the Merit Board considered the Administrative Law Judge's report and recommendation on Ms. Knox's claim for political activity retaliation and voted 4 to 1 to reject the report and recommendation. The Merit Board will meet on May 25, 2021 to vote on new findings of fact being prepared by the Merit Board chair and Merit Board Counsel, and to vote on an appropriate remedy. The Complaint pending before this Court does not allege unlawful political activity retaliation.

## XI. RELIEF

**Plaintiffs' Relief Sought:**

1. A preliminary and permanent injunction ordering Defendants to immediately cease their discriminatory and illegal practices with regard to gender and age discrimination and retaliation and to take all reasonably necessary steps to ensure that such practices do not take place in the future;

2. Rescission of each demotion and promotion effective October 2018 to date and the appointment of an outside panel of experienced prosecutors to be selected by Plaintiffs to conduct a hiring process and recommendation of the appointment of candidates to every Executive Management position;

3. For any role that comes with a pay increase, for the pay increase to be retroactive to January 1, 2019, and as to Ms. Knox, to November 2018.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT CASE MANAGEMENT STATEMENT
(No. 3:20-cv-01449-JCS)   6.

4. Reinstatement of each Plaintiff to committees and training positions commensurate with their particular experience and expertise.

5. Compensatory damages including emotional distress damages and lost wages, benefits and interest in a sum according to proof;

6. Interest on judgment, including prejudgment interest, at the legal rate;

7. Attorneys fees and costs;

8. For the costs of this action; and

9. For any further legal and equitable relief the Court deems proper.

**Defendants' Relief Sought:**

Defendants seek the dismissal of Plaintiffs' entire Complaint as a matter of law and on the merits. Defendants further maintain that Plaintiffs are not entitled to any economic damages as they remain employed with the Contra Costa County Office of the District Attorney.

### XII. SETTLEMENT AND ADR

The Parties discussed but have not agreed on ADR. Defendants proposed Early Neutral Evaluation. Plaintiffs proposed mediation.

### XIII. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

All Parties have filed their consent to conduct all further proceedings, including trial and entry of judgment, before Magistrate Judge Joseph C. Spero.

### XIV. OTHER REFERENCES

The Parties do not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict litigation.

### XV. NARROWING OF ISSUES

The Parties have not agreed on their own to narrow the issues.

### XVI. EXPEDITED TRIAL PROCEDURE

This is not the type of case that can be handled on an expedited basis with streamlined procedures.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT CASE MANAGEMENT STATEMENT
(No. 3:20-cv-01449-JCS)   7.

## XVII. SCHEDULING

**Plaintiffs' position**: Plaintiffs propose one trial for all five plaintiffs since each case involves the same evidence concerning liability. Plaintiffs would consider bifurcation of damages. Plaintiff's propose the following schedule:

Non-expert discovery cutoff: November 30, 2021

Expert disclosure: December 6, 2021

Expert disclosure rebuttal: December 12, 2021

Expert discovery cutoff: December 30, 2021

Dispositive motion cutoff: January 31, 2022

Pre-trial conference: March 14, 2022

Trial: March 28, 2022

**Defendants' position:** Plaintiffs have styled their claims as five individual plaintiffs; not a putative class. Accordingly, five separate trials may be appropriate in order to avoid prejudicial and conflicting evidence.

## XVIII. TRIAL

**Plaintiffs' Position:** Plaintiffs would like to set a trial date. Plaintiffs estimate three weeks for trial.

**Defendants' Position:** Defendants estimate 3-4 court days per Plaintiff. Defendants also propose that any trial(s) begin in 2022 and not occur on the following dates February 16-24, April 11-23, August, November 21-23, or December 21-30.

## XIX. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

**Plaintiffs:** None.

**Defendants:** County defendants are not required by Local Rule 3-15(a) to file a Certification of Interested Entities or Persons.

## XX. PROFESSIONAL CONDUCT

The Parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**XXI. OTHER MATTERS**

None identified at this time.

Dated: May 24, 2021

/s/ *John C. Fish, Jr.*
JOHN C. FISH, Jr.
BLAIR SENESI
LITTLER MENDELSON, P.C.
Attorneys for Defendants
COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY OFFICE OF THE DISTRICT ATTORNEY and DIANA BECTON

Dated: May 24, 2021

/s/ *Shelley A. Molineaux*
SARAH R. NICHOLS
SHELLEY A. MOLINEAUX
NICHOLS LAW, P.C.
Attorneys for Plaintiffs
MARY ELIZABETH KNOX; RACHEL PIERSIG; ALISON CHANDLER; MARY BLUMBERG

Dated: May 24, 2021

/s/ *David S. Ratner*
DAVID S. RATNER
RATNER MOLINEAUX, LLP
Attorneys for Plaintiffs
MARY ELIZABETH KNOX; RACHEL PIERSIG; ALISON CHANDLER; MARY BLUMBERG

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT CASE MANAGEMENT STATEMENT
(No. 3:20-cv-01449-JCS)    9.

**ATTESTATION OF FILER**

I, Shelley A. Molineaux, attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document. Signed this 24th day of May 2021.

/s/ *Shelley A. Molineaux*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On **May 24, 2021**, I served true and correct copies of the foregoing document, by posting the document electronically to the EM/ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America, State of California, that the foregoing is true and correct. Executed on **May 24, 2021**, at Walnut Creek, California.

                                                  s/ *Andrea M. Caporale*
                                                  Andrea M. Caporale

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT CASE MANAGEMENT STATEMENT
(No. 3:20-cv-01449-JCS)                                 11.