JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
BLAIR C. SENESI, Bar No. 313580
bsenesi@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:    415.433.1940
Facsimile:     415.399.8490

Attorneys for *Defendants*

Sarah R. Nichols (SBN 233099)
NICHOLS LAW, P.C.
75 Broadway, Ste. 202
San Francisco California 94111
Telephone: (415) 710-9116
Email: sarah@nicholslawyer.com

David S. Ratner (SBN 316267)
Shelley A. Molineaux (SBN 277884)
Ratner Molineaux, LLP
1990 N. California Boulevard, Suite 20
Walnut Creek, CA 94596
Telephone: (925) 239-0899
Email: david@ratnermolineaux.com
          shelley@ratnermolineaux.com

Attorneys for *Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY ELIZABETH KNOX; RACHEL PIERSIG; ALISON CHANDLER; MARY BLUMBERG; JILL HENDERSON<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF CONTRA COSTA; THE CONTRA COSTA COUNTY DISTRICT ATTORNEY'S OFFICE; and does 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-01449-JCS<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:         December 3, 2021<br>Time:        2:00 p.m.<br>Judge:      Hon. Joseph C. Spero<br>Courtroom: F, 15th Floor (Via Zoom) |

UPDATED JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

Case No. 3:20-CV-01449-JCS

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

On August 27, 2021, the Court held a further case management conference in this matter, and on August 30, 2021, the Court issued its Order setting a further case management conference for December 3, 2021. Pursuant to the Court's August 30, 2021 Order, as well as the Federal Rules of Civil Procedure 26(f) and 16(b), Civil Local Rule 16-9, and the Standing Order for All Judges of the Northern District of California dated November 1, 2018, the Parties jointly submit this Updated Joint Case Management Statement.

Since the August 27, 2021 conference, the Parties participated in a further settlement conference with Magistrate Judge Nathanael M. Cousins on October 12, 2021. The Parties have also been actively engaging in discovery.

## I. JURISDICTION AND SERVICE

Plaintiffs filed their Complaint on February 26, 2020. Plaintiffs filed their First Amended Complaint on August 14, 2020, adding Plaintiff Jill Henderson's claims. On March 22, 2021, Plaintiffs filed their Second Amended Complaint. Defendants filed their Answer to Plaintiff's Second Amended Complaint on June 17, 2021. The initial case management conference took place on May 28, 2021.

## II. FACTS

**Plaintiffs' Facts:**

While Diana Becton's prior trailblazing work as a judge and as a Contra Costa County District Attorney is nice, she still discriminated against Plaintiffs as a result of their gender, and in some cases, their age. She discriminated against them by demoting them, giving coveted roles and positions to younger, less capable males, banishing the Plaintiffs to less favorable office locations, removing them from committees and trainings, and engaging in other activities all with the purpose of erasing Plaintiffs and their contributions to the District Attorney's Office. Whatever she did prior to becoming District Attorney, while impressive, is entirely irrelevant to this case.

As the complaint explains in great detail, each of the Plaintiffs are accomplished prosecutors who have devoted most, if not the entirety, of their careers to the service of Contra Costa County as deputy district attorneys. The Contra Costa District Attorney's office has a long and pervasive history of gender discrimination. Unfortunately, Diana Becton has not only failed to change that history, but she has in fact made it worse. While Defendants may want to focus on the barriers that Diana Becton

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

UPDATED JOINT CASE MANAGEMENT
CONFERENCE STATEMENT                    1.                    Case No. 3:20-CV-01449-JCS

personally overcame, this case is about her failure to treat the women in her office, especially women over 40, fairly and equally when compared to their younger, male counterparts.

**Defendants' Facts:**

In June 2018, Diana Becton became the first woman—and first African-American—ever elected Contra Costa County District Attorney in the 150-plus years of the office.

Prior to becoming District Attorney, Ms. Becton also blazed new trails as a Contra Costa County Superior Court judge for 22 years.

Plaintiffs are all experienced Deputy District Attorneys continuing to perform important roles for the office and the community. While they may hold their own personal views on how they would manage themselves and the office, they have not been discriminated against in any way.

### III. LEGAL ISSUES

**Plaintiffs' Key Legal Issues:**

- Whether Defendants discriminated against Plaintiffs on account of their gender and age and retaliated against Plaintiffs for their protected activity.

**Defendants' Key Legal Issues:**

- See XI below.

### IV. MOTIONS

Defendants foresee filing a motion for summary judgment and/or partial summary judgment and a motion for separate trials as to each Plaintiff on the premise that each Plaintiff's circumstances and claims are individualized.

### V. AMENDMENT OF PLEADINGS

Plaintiffs filed a Second Amended Complaint on March 22, 2021, to respond to Defendants' Motion to Dismiss the First Amended Complaint. Defendants filed their Answer to Plaintiffs' Second Amended Complaint on June 17, 2021. Defendants intend to request leave from the Court to file an Amended Answer to Plaintiffs' Second Amended Complaint.

### VI. EVIDENCE PRESERVATION

The Parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines") and confirm that they have met and conferred pursuant to Fed. R. Civ.

P. 26(f). The Parties will take all reasonable steps to preserve evidence potentially relevant to this matter and will continue to comply with their preservation obligations.

## VII. DISCLOSURES

This case is subject to General Order No. 71. The Parties have done an exchange of documents and information per General Order 71.

## VIII. DISCOVERY

The Parties have exchanged documents and information per General Order 71. The Parties have also exchanged written discovery requests and taken depositions.

Specifically, Defendants served Requests for Production and Interrogatories on Plaintiffs, which Plaintiffs have responded to. Defendants have also taken the depositions of all five Plaintiffs. Plaintiffs served Requests for Production, Interrogatories, and Requests for Admissions, which Defendants have responded to. Plaintiffs have also taken the depositions of six current and former employees of the Contra Costa Office District Attorney's Office. Plaintiffs have also noticed the depositions of District Attorney Diana Becton, Defendants' 30(b)(6) person most knowledgeable, Investigator Eli Makus, and two more employees of the District Attorney's Office.

On November 22, 2021 the Parties met and conferred via Zoom regarding their outstanding discovery disputes. The Parties intend to submit Joint Letters pursuant to the Court's Standing Order.

Plaintiffs propose to extend the non-expert discovery, expert disclosures and non-expert discovery deadlines 45 days as key depositions have been scheduled by agreement (including but not limited to Defendants' 30(b)(6) witness) after the discovery cut-off and more time is required to disclose experts and conduct discovery after those depositions have been completed.

## IX. CLASS ACTIONS

This is not a class action case.

## X. RELATED CASES

On July 18, 2019, Plaintiff Mary Elizabeth Knox filed a claim before the Contra Costa County Merit Board alleging unlawful political activity retaliation. The Contra Costa County Merit Board referred the matter to the Office of Administrative Hearings for an evidentiary hearing, OAH Case

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT     3.     Case No. 3:20-CV-01449-JCS

No. 2019100883. The recommendation by the Administrative Law Judge to the Merit Board was that the evidence failed to establish Ms. Knox's claim for political activity retaliation.

On March 23, 2021 the Merit Board considered the Administrative Law Judge's report and recommendation on Ms. Knox's claim for political activity retaliation and voted 4 to 1 to reject the report and recommendation. The Merit Board met on May 25, 2021 and voted to adopt findings of fact prepared by the Merit Board chair and Merit Board Counsel. The Complaint pending before this Court does not allege unlawful political activity retaliation.

## XI.  RELIEF

### Plaintiffs' Relief Sought:

1. A preliminary and permanent injunction ordering Defendants to immediately cease their discriminatory and illegal practices with regard to gender and age discrimination and retaliation and to take all reasonably necessary steps to ensure that such practices do not take place in the future;

2. Rescission of each demotion and promotion effective October, 2018 to date and the appointment of an outside panel of experienced prosecutors to be selected by Plaintiffs to conduct a hiring process and recommendation of the appointment of candidates to every Executive Management position;

3. For any role that comes with a pay increase, for the pay increase to be retroactive to January 1, 2019, and as to Ms. Knox, to November, 2018.

4. Reinstatement of each Plaintiff to committees and training positions commensurate with their particular experience and expertise.

5. Compensatory damages including emotional distress damages and lost wages, benefits and interest in a sum according to proof;

6. Interest on judgment, including prejudgment interest, at the legal rate;

7. Punitive damages in a sum according to proof against the individual Defendant;

8. Attorneys' fees and costs;

9. For the costs of this action; and

10. For any further legal and equitable relief the Court deems proper.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

UPDATED JOINT CASE MANAGEMENT
CONFERENCE STATEMENT                4.                 Case No. 3:20-CV-01449-JCS

**Defendants' Relief Sought:**

Defendants seek the dismissal of Plaintiffs' entire Complaint as a matter of law and on the merits. Defendants further maintain that Plaintiffs are not entitled to any economic damages as they remain employed with the Contra Costa County Office of the District Attorney.

## XII. SETTLEMENT AND ADR

The Parties have been participating in the Court's early settlement conference program with Magistrate Judge Cousins. The Parties held their initial settlement conference with Judge Cousins on July 27, 2021. Following the initial conference, the Parties held further settlement conferences with Judge Cousins on August 5, 2021, August 12, 2021, August 24, 2021, and October 12, 2021. The Parties have a further settlement conference with Judge Cousins scheduled for December 2, 2021.

## XIII. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

All Parties have filed their consent to conduct all further proceedings, including trial and entry of judgment, before Magistrate Judge Joseph C. Spero.

## XIV. OTHER REFERENCES

The Parties do not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict litigation.

## XV. NARROWING OF ISSUES

The Parties have not agreed on their own to narrow the issues.

## XVI. EXPEDITED TRIAL PROCEDURE

This is not the type of case that can be handled on an expedited basis with streamlined procedures.

## XVII. SCHEDULING

**Plaintiffs' position**: Plaintiffs propose one trial for all five plaintiffs since each case involves the same evidence concerning liability. Plaintiffs would consider bifurcation of damages.

**Defendants' position:** Plaintiffs have styled their claims as five individual plaintiffs; not a putative class. Accordingly, five separate trials may be appropriate in order to avoid prejudicial and conflicting evidence.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT    5.    Case No. 3:20-CV-01449-JCS

## XVIII. TRIAL

Pursuant to the Court's June 7, 2021 Case Management and Pretrial Order, the trial in this matter is scheduled to take place beginning on October 3, 2022. Given the long list of witnesses disclosed, Plaintiff's counsel anticipates that trial will be more than 12 days and closer to 20 days.

## XIX. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

**Plaintiffs:** None.

**Defendants:** County defendants are not required by Local Rule 3-15(a) to file a Certification of Interested Entities or Persons.

## XX. PROFESSIONAL CONDUCT

The Parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

## XXI. OTHER MATTERS

None identified at this time.

DATED: November 23, 2021

/s/ *John C. Fish, Jr.*
JOHN C. FISH, Jr.
BLAIR C. SENESI
LITTLER MENDELSON, P.C.

Attorneys for Defendants
COUNTY OF CONTRA COSTA and
CONTRA COSTA COUNTY OFFICE OF
THE DISTRICT ATTORNEY

DATED: November 23, 2021

/s/ *David S. Ratner*
SARAH R. NICHOLS
NICHOLS LAW, P.C.

DAVID S. RATNER
SHELLEY A. MOLINEAUX
RATNER MOLINEAUX, LLP

Attorneys for Plaintiffs
MARY ELIZABETH KNOX; RACHEL PIERSIG; ALISON CHANDLER; MARY BLUMBERG; JILL HENDERSON

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT    6.    Case No. 3:20-CV-01449-JCS

**ATTESTATION OF FILER**

I, attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document. Signed this 23rd day of November 2021.

/s/ *John C. Fish, Jr.*
JOHN C. FISH, Jr.

.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT    8.    Case No. 3:20-CV-01449-JCS