Sarah R. Nichols (SBN 233099)
**NICHOLS LAW, P.C.**
75 Broadway, Ste. 202
San Francisco California 94111
Telephone: (415) 710-9116
Email: sarah@nicholslawyer.com

David S. Ratner (SBN 316267)
Shelley A. Molineaux (SBN 277884)
**RATNER MOLINEAUX, LLP**
1990 N. California Blvd., Suite 20
Walnut Creek, CA 94596
Telephone: (925) 239-0899
Email: david@ratnermolineaux.com
         shelley@ratnermolineaux.com

Attorneys for *Plaintiffs*
MARY ELIZABETH KNOX; RACHEL PIERSIG; ALISON CHANDLER; MARY BLUMBERG; JILL HENDERSON

JOHN C. FISH, Jr., Bar No. 160620
BLAIR C. SENESI, Bar No. 313580
**LITTLER MENDELSON, P.C.**
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:        415.433.1940
jfish@littler.com
bsenesi@littler.com

Attorneys for *Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY ELIZABETH KNOX; RACHEL PIERSIG; ALISON CHANDLER; MARY BLUMBERG; JILL HENDERSON,<br><br>            Plaintiffs,<br><br>v.<br><br>THE COUNTY OF CONTRA COSTA; THE CONTRA COSTA COUNTY DISTRICT ATTORNEY'S OFFICE; and does 1 through 10, inclusive.<br>            Defendants. | Case No.: 3:20-cv-01449-JCS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Trial Date: October 3, 2022 |

1

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
*Knox v. County of Contra Costa, et al*

Sarah R. Nichols, Esq.
David R. Ratner, Esq.
Shelley A. Molineaux, Esq.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, with the parties to bear their own fees and costs.

/s/ *Sarah R. Nichols*
SARAH R. NICHOLS
NICHOLS LAW, P.C.

/s/ *David S. Ratner*
DAVID S. RATNER
SHELLEY A. MOLINEAUX
RATNER MOLINEAUX, LLP

Attorneys for *Plaintiffs*
MARY ELIZABETH KNOX; RACHEL PIERSIG; ALISON CHANDLER; MARY BLUMBERG; JILL HENDERSON

/s/ *John C. Fish, Jr.*
JOHN C. FISH, Jr.
BLAIR C. SENESI
LITTLER MENDELSON, P.C.

Attorneys for *Defendants*
COUNTY OF CONTRA COSTA and CONTRA COSTA COUNTY OFFICE OF THE DISTRICT ATTORNEY

**SO ORDERED** this  23rd  day of August 2022.

_____
Honorable Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
*Knox v. County of Contra Costa, et al*

Sarah R. Nichols, Esq.
David R. Ratner, Esq.
Shelley A. Molineaux, Esq.

NICHOLS LAW, P.C.
75 BROADWAY, SUITE 202
SAN FRANCISCO, CALIFORNIA 94111

**CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION OF FILER**

I, Sarah R. Nichols, attest that each of the other Signatories have concurred in the filing of this document, which shall serve in lieu of their signatures on the document.

Respectfully submitted this 22nd day of August 2022.

/s/ *Sarah R. Nichols*
SARAH R. NICHOLS
NICHOLS LAW, P.C.

DAVID S. RATNER
SHELLEY A. MOLINEAUX
RATNER MOLINEAUX, LLP

Attorneys for Plaintiffs
MARY ELIZABETH KNOX; RACHEL PIERSIG; ALISON CHANDLER; MARY BLUMBERG; JILL HENDERSON

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
*Knox v. County of Contra Costa, et al*

Sarah R. Nichols, Esq.
David R. Ratner, Esq.
Shelley A. Molineaux, Esq.